UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA KODAMA,

          Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

CASE NO. 2:15-cv-01566-RJB-DWC

ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

   (1)   The Court adopts the Report and Recommendation (Dkt. 12);

   (2)   The matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g);

   (3)   **JUDGMENT** is for defendant and the case should be closed;

   (4)   The Clerk is directed to send copies of this Order to counsel of record.

Dated this 19th day of May, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge